*IT IS SO ORDERED*
*Judge Edward J. Davila*
2/7/2013

1 | F. Richard Ruderman (SB No. 142226)
2 | Christian M. Knox (SB No. 171780)
    Colleen A. Snyder (SB No. 274064)
3 | Ruderman & Knox, LLP
    1300 National Drive, Suite 120
4 | Sacramento, CA 95834
    Telephone: (916) 563-0100
5 | Facsimile: (916) 563-0114

Attorneys for Plaintiff, Carlos Rivera

UNITED STATES DISTRICT COURT

NORTHERN OF CALIFORNIA

| CARLOS RIVERA, | ) | CASE NO: 5:12-CV-05714-EJD |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FREMONT UNION HIGH SCHOOL DISTRICT** |
| vs. | ) | |
| FREMONT UNION HIGH SCHOOL DISTRICT, ET. AL., | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a) and a settlement agreement, Plaintiff hereby dismisses Defendant Fremont Union High School District from the above-entitled case with prejudice.

DATED: February 6, 2013                    /S/ COLLEEN A. SNYDER
                                           Colleen A. Snyder
                                           Attorney for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT