```
IT IS SO ORDERED
[signature]
Judge Edward J. Davila
2/7/2013
```

1  F. Richard Ruderman (SB No. 142226)
   Christian M. Knox (SB No. 171780)
2  Colleen A. Snyder (SB No. 274064)
   Ruderman & Knox, LLP
3  1300 National Drive, Suite 120
   Sacramento, CA 95834
4  Telephone: (916) 563-0100
   Facsimile: (916) 563-0114
5
   Attorneys for Plaintiff, Carlos Rivera
6

7              UNITED STATES DISTRICT COURT

8                 NORTHERN OF CALIFORNIA

9

10 CARLOS RIVERA,                    )  CASE NO: 5:12-CV-05714-EJD
                                     )
11            Plaintiff,             )  **NOTICE OF VOLUNTARY**
                                     )  **DISMISSAL OF DEFENDANT**
12 vs.                               )  **FREMONT UNION HIGH SCHOOL**
                                     )  **DISTRICT**
13 FREMONT UNION HIGH SCHOOL         )
   DISTRICT, ET. AL.,                )
14                                   )
              Defendant.             )
15 _____  )

16      Pursuant to Federal Rule of Civil Procedure 41(a) and a settlement agreement, Plaintiff

17 hereby dismisses Defendant Fremont Union High School District from the above-entitled case with

18 prejudice.

19

20

21 DATED: February 6, 2013              /S/ COLLEEN A. SNYDER
                                        Colleen A. Snyder
22                                      Attorney for Plaintiffs

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT

Page 1