F. Richard Ruderman (SB No. 142226)
Christian M. Knox (SB No. 171780)
Colleen A. Snyder (SB No. 274064)
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Plaintiff, Carlos Rivera

*IT IS SO ORDERED*
*Judge Edward J. Davila*
6/12/2013

UNITED STATES DISTRICT COURT

NORTHERN OF CALIFORNIA

| | |
|---|---|
| CARLOS RIVERA, | CASE NO: 5:12-CV-05714-EJD |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT OFFICE OF ADMINISTRATIVE HEARINGS** |
| vs. | |
| FREMONT UNION HIGH SCHOOL DISTRICT, ET. AL., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby dismisses Defendant Office of Administrative Hearings (OAH) from the above-entitled case without prejudice.

DATED: June 11, 2013

/S/ COLLEEN A. SNYDER
Colleen A. Snyder
Attorney for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT

Page 1