1  F. Richard Ruderman (SB No. 142226)
   Christian M. Knox (SB No. 171780)
2  Colleen A. Snyder (SB No. 274064)
   Ruderman & Knox, LLP
3  1300 National Drive, Suite 120
   Sacramento, CA 95834
4  Telephone: (916) 563-0100
   Facsimile: (916) 563-0114
5
   Attorneys for Plaintiff, Carlos Rivera
6

*IT IS SO ORDERED*
*Judge Edward J. Davila*
6/12/2013

UNITED STATES DISTRICT COURT

NORTHERN OF CALIFORNIA

CARLOS RIVERA,                )   CASE NO: 5:12-CV-05714-EJD
                              )
           Plaintiff,         )   **NOTICE OF VOLUNTARY**
                              )   **DISMISSAL OF DEFENDANT OFFICE**
vs.                           )   **OF ADMINISTRATIVE HEARINGS**
                              )
FREMONT UNION HIGH SCHOOL     )
DISTRICT, ET. AL.,            )
                              )
           Defendant.         )
_____)

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby dismisses Defendant Office of Administrative Hearings (OAH) from the above-entitled case without prejudice.

DATED: June 11, 2013              /S/ COLLEEN A. SNYDER
                                  Colleen A. Snyder
                                  Attorney for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT

Page 1